UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONITA SALTZMAN,
    Plaintiff,

    v.                                 CIVIL ACTION NO.
                                             11-10056-MBB
TOWN OF HANSON,
MICHAEL FINGLAS, SR.
and JEAN MARIE SMITH,
    Defendants.


**FINAL JUDGMENT**

**April 3, 2013**


**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Bonita Saltzman take nothing and this action be dismissed on the merits.


                                   /s/ Marianne B. Bowler
                                   **MARIANNE B. BOWLER**
                                   United States Magistrate Judge